# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

vs.                              NO.  4:13CR00148-004  SWW

MERVIN JOHNSON                                                         DEFENDANT

## ORDER

The Court has been advised that this defendant has had no contact with his appointed attorney and attempts to contact him by Court personnel have been unsuccessful.

IT IS THEREFORE ORDERED that the matter of the appointment of new counsel hereby is referred to U. S. Magistrate Judge J. Thomas Ray for determination and appointment, if necessary.

DATED this 23rd day of April 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE